# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MATTHEW SAPA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:24-cv-00451-SEP |
| EMINEM, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Before the Court is pro se Plaintiff Matthew Sapa's Application to Proceed in District Court without Prepaying Fees or Costs, Doc. [2]. Based on the information included in the Application, the motion is granted. For the reasons set forth below, the case is dismissed on initial review under 28 U.S.C. § 1915(e)(2)(B).

### FACTS AND BACKGROUND

Plaintiff Matthew Sapa, a pro se litigant, brings this action against Eminem, Hollywood, and the St. Louis Federal Bureau of Investigation (FBI), seeking 15 million dollars in damages. *See* Doc. [1]. He states that, when he was a "younger child," he was molested somewhere in Los Angelos when he was "visiting his 3rd cousin's house." *Id*. at 1. Plaintiff alleges that "they later connected to [his] blood and gave [him] a delusion." *Id*. at 1, 5. Plaintiff further alleges that, when he was "an older kid, a lady claiming to be a part of Hollywood today, raped [him] in an outside spa . . . at [his] third cousin's house again." *Id*. at 5.

Plaintiff also alleges in the Complaint that "Oakville Senior High played telepathic numerous times as a teenager, once being kidnapped and raped by about 4 or 5 girls [he] was in high school with," and during the same time period, he "was made an exotic bird." *Id*. He states that, when he was 20 years old, two individuals broke into his house while he was sleeping and forced a container of liquid down his throat which caused him to go "into schizophrenia" and think he would be murdered. Plaintiff reports that for two months the world "appear[ed] completed satanic." *Id*.

Last, Plaintiff claims that Presidents Trump and Biden are both "connected to [his] blood as presidents." He states that during President Trump's term in office he was once again hospitalized for schizophrenia, and that during President Biden's term in office, Eminem broke

into his home and "forced another container of liquid down [his] throat." *Id*. Plaintiff complains that he has been subject to telepathy, and the FBI and police have "refused to fix it." *Id*. at 6.

## LEGAL STANDARD ON INITIAL REVIEW

Under 28 U.S.C. § 1915(e), a Court must sua sponte dismiss an indigent plaintiff's complaint or any portion thereof that (1) is frivolous or malicious; (2) fails to state a claim upon which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. A complaint is frivolous if "it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 327 (1989). A case should be dismissed as frivolous only when the legal theories are "indisputably meritless," or when the claims rely on factual allegations that are "clearly baseless." *Denton v. Hernandez*, 504 U.S. 25, 31 (1992). "Clearly baseless" factual allegations include those that are "fanciful," "fantastic," and "delusional." *Id*. at 32-33 (quoting *Neitzke*, 490 U.S. at 325, 327).

## DISCUSSION

Plaintiff's claims lack an arguable basis in either law or fact and are frivolous. Plaintiff does not provide a coherent legal theory, and the factual allegations "rise to the level of the irrational" and "wholly incredible." *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992). Plaintiff's Complaint is therefore frivolous and must be dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs, Doc. [2], is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall not issue process or cause process to issue upon the Complaint as the Complaint is frivolous.

**IT IS FINALLY ORDERED** that Plaintiff's Motion for Appointment of Counsel, Doc. [4], is **DENIED** as moot.

A separate Order of Dismissal shall accompany this Memorandum and Order.

Dated this 18th day of April, 2024.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE